■ In the Matter of JOSEPH ACCOMANDO et al., Petitioners, v EUGENE R. KELLEY, as Commissioner of Police of the County of Suffolk, et al., Respondents.—Proceeding pursuant to CPLR article 78 to review two determinations of the respondent commissioner, one as to each petitioner, both dated January 15, 1976, which, after a hearing, found the respective petitioners guilty of certain charges of misconduct and, *inter alia,* suspended petitioner Accomando from duty without pay for 10 days, and suspended

petitioner Zablocki from duty without pay for 20 days. Determinations confirmed and proceeding dismissed, on the merits, with $50 costs and disbursements. In our opinion, there was substantial evidence adduced at the departmental hearing to support the commissioner's determinations (see *Matter of Orza v Kelley,* 53 AD2d 671). The penalty imposed upon each petitioner was not such as should be disturbed by this court (see *Matter of Pell v Board of Educ.,* 34 NY2d 222; cf. *Matter of Orza v Kelley, supra).* Cohalan, Acting P. J., Margett, Damiani, Shapiro and Titone, JJ., concur.